USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: May 25, 2016

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

CAROL FORREST and FERDIE HEADLAM, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

RATPAC-DUNE ENTERTAINMENT LLC, RATPAC ENTERTAINMENT, LLC, DUNE ENTERTAINMENT PARTNERS LLC, ZAFTIG PRODUCTIONS, INC., ENERGY ENTERTAINMENT, INC., and VERTIGO ENTERTAINMENT, INC.,

Defendants.

Civil Action No. 16-cv-01408 (KPF)

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rule of Civil Procedure, the plaintiffs Carol Forrest and Ferdie Headlam, individually and on behalf of all others similarly situated and their undersigned counsel, hereby give notice that the above-captioned action is voluntary dismissed, without prejudice, against the following defendants:

1) Energy Entertainment, Inc.;
2) Zaftig Productions, Inc.; and
3) Vertigo Entertainment, Inc.

Dated: May 25, 2016
New York, New York

James A. Vagnini (JV-2163)
Matthew L. Berman (MB-0707)
VALLI KANE & VAGNINI, LLP
600 Old Country Road, Suite 519
Garden City, New York 11530
Tel. No. (516) 203-7180

The Court understands this action will proceed against Defendants Ratpac-Dune Entertainment LLC; Ratpac Entertainment, LLC; and Dune Entertainment Partners LLC.

Dated: May 25, 2016
New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE