USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________
DATE FILED: June 2, 2016

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CAROL FORREST and FERDIE HEADLAM, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

RATPAC-DUNE ENTERTAINMENT LLC; Ratpac Entertainment LLC; Dune Entertainment Partners LLC; and JOHN DOES 1-20,

Defendants.

Civil Action No. 1:16-cv-01408 (KPF)

**ECF Case**

**STIPULATION AND PROPOSED ORDER FURTHER EXTENDING TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO THE COMPLAINT**

WHEREAS, as set forth in correspondence filed as ECF Docket No. 20 and the proposed Civil Case Management Plan and Scheduling Order attached thereto (Dkt No. 20-1), Plaintiffs intend to amend the Complaint in this action to name additional defendants and intend to file a notice of dismissal pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure voluntarily dismissing, without prejudice: (1) Ratpac-Dune Entertainment LLC; (2) Ratpac Entertainment LLC; and (3) Dune Entertainment Partners LLC (collectively, "Defendants"),

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel that Defendants time to answer, move against, or otherwise respond to Plaintiffs' Collective and Class Action Complaint is hereby extended from June 1, 2016, up to and including June 24, 2016.

Dated: June 1, 2016
New York, New York

VALLI KANE & VAGNINI LLP

Matthew L. Berman
600 Old Country Road
Garden City, New York 11530
Tel: (516) 203-7180
Fax: (516) 706-0248

AKIN GUMP STRAUSS HAUER & FELD LLP

Nathan J. Oleson
Richard J. Rabin
One Bryant Park
New York, NY 10036
Phone: (212) 782-1086

mberman@vkvlawyers.com

*Attorneys for Plaintiffs*

Fax: (212) 872-1002
noleson@akingump.com
rrabin@akingump.com

*Attorneys for Defendant Ratpac-Dune Entertainment LLC and Dune Entertainment Partners LLC*

Dated: June 2, 2016
New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE